filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of CLIFFORD H. McCALL and ARTHUR SEWELL, 2ND, Copartners Doing Business, etc., for a Prohibition Order and a Mandamus Order against Justice SALVATORE A. COTILLO, Justice of the Supreme Court of the State of New York, County of New York, and IRMA J. BROWN.— Motion granted to the extent stated in order. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [See *post*, p. 1072.]

### (March 31, 1939.)

M. DICKMAN, INC., Respondent, v. CORNERMORTON REALTY CORPORATION, Appellant, Impleaded with Others, Defendants.— Order so far as appealed from unanimously modified by denying the motion to strike out items 2 and 3 of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BUSH TERMINAL Co. and Others, Appellants, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of JOSEPHINE GENTILE, Respondent, v. MICHAEL ROSATO, Appellant.— Order unanimously reversed and proceeding dismissed. The proof of paternity does not satisfy the requirements in filiation proceedings. (*Commissioner of Public Welfare v. Ryan*, 238 App. Div. 607.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

VINCENT FITZGERALD, Appellant, v. 11 WEST 42ND STREET, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ANNA BRAVER to Confirm the Award Made in Arbitration Proceedings between ANNA BRAVER and HERSCH PINCUS, under an Agreement to Submit to Arbitration Dated February 20, 1938. ANNA BRAVER, Respondent; HERSCH PINCUS, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and deny.

LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., Appellants, Respondents, v. CORNELIUS CALLAGHAN and CATHERINE CALLAGHAN, Respondents, Appellants, Impleaded with Another, Defendant. LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., Appellants, Respondents, v. LEXINGTON AVENUE AND 40TH STREET, INC., Respondent, Appellant. (Consolidated Actions.) — Judgment and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., Appellants, v. CORNELIUS CALLAGHAN and CATHERINE CALLAGHAN, Respondents, Impleaded with Another, Defendant. LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., Appellants, v. LEXINGTON AVENUE AND 40TH STREET, INC., Respondent. (Consolidated Actions.) — Order entered March 7, 1939, unanimously affirmed, without costs. No opinion. Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.